IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARBLELIFE, INC., : | |
| : | |
| Plaintiff, : | |
| : | CIVIL ACTION |
| v. : | |
| : | NO. 10-2480 |
| STONE RESOURCES, INC., : | |
| : | |
| Defendant. : | |

## ORDER

**AND NOW**, this \_\_\_\_ day of May, 2012, upon consideration of Plaintiff's Renewed Motion for Contempt (Doc. 67), the Response in Opposition thereto (Doc. 68), and the evidence presented at the contempt hearing before this Court on March 15-16, 2012 and April 9-11, 2012, and for the reasons set forth in the attached Memorandum Opinion, **IT IS HEREBY ORDERED AND DECREED** that Plaintiff's Motion is **GRANTED**.

**IT IS FURTHER ORDERED** that Defendant Stone Resources, Inc., and Joseph Smith (collectively the "Respondents"), are hereby held in contempt of the Injunction Order issued by the Court on June 24, 2011.

**IT IS FURTHER ORDERED** that:

(a) Respondents shall within two (2) business days execute all forms, authorizations or consents – and take all other steps required – to relinquish and transfer to MarbleLife's control (a) 484-444-0221; (b) 610-517-0653; (c) 888-868-5491; and (d) any other landline, VoIP, or cell phone number for which Stone Resources has paid, in whole or in part, whether by direct payment to the telecommunications providers or by reimbursement to any other third party, since January 1, 2010;

(b) Respondents shall within two (2) business days provide MarbleLife with an electronic copy of all Stone Resources' business information, including but not limited to a full copy of

    Stone Resources' Quickbooks database in electronic form;

(c) Respondents shall ***immediately*** provide MarbleLife with the log-in information and passwords for (a) any e-mail addresses at the "naturalstonecare.net" domain; (b) jtsmith5@comcast.net; (c) any address at gmail.com that is associated with Respondents; and (d) any other email address at any other domain that has been used by Respondents at any time for communications with or about customers of Stone Resources or Moore Jones;

(d) Paragraph (g) of the Injunction Order is hereby amended to impose a two-year non-compete in the designated geographic areas, commencing upon the filing of a sworn declaration that paragraphs (a)-(c) above have been fully complied with;

(f) Respondents will be directed to pay sanctions to MarbleLife after a hearing before the Court to determine the proper amount of sanctions; and

(g) Respondents are found to be jointly and severally liable for MarbleLife's fees, costs and expenses incurred in pursuing the Motion for Contempt. MarbleLife shall file an application for an award of such fees, costs and expenses within fifteen (15) days of entry of this Order. Respondents shall file any objections or responses to such application within ten (10) calendar days thereafter. MarbleLife shall file a reply, if any, in support of the application within seven (7) days thereafter.[1]

**BY THE COURT:**

**/s/ Petrese B. Tucker**

_____

**Hon. Petrese B. Tucker, U.S.D.J.**

---

[1] Defendant has filed a voluntary petition for Chapter 11 bankruptcy which has stayed this action with regard to matters unrelated to the equitable relief ordered by virtue of the preliminary injunction. Therefore, Respondents will not be required to make any payments to Plaintiff pursuant to parts (f) and (g) of this Order until the bankruptcy matter is resolved.